COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-086-CV

IN RE MICHELLE ROSE NURNBERG RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s application for writ of habeas corpus 
and is of the opinion that relief should be denied.
  Accordingly, relator’s application for writ of habeas corpus is denied.

PER CURIAM

PANEL A: HOLMAN, J.; CAYCE, C.J.; and DAY, J.

DELIVERED: April 1, 2003

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.